# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **6**

---

Demirok, et al

-v-

USA

U.S.C.A. # _____

U.S.D.C. # **08-CV-0341**

JUDGE: **KMW**

DATE: **MAR. 17, 2008**

*[Stamp: MAR 17 2008]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ------------------------

**DOCUMENT DESCRIPTION**                                       **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(**X**) Original Record                        (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 17th Day of march, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Dominick, et al

-v-

USA

U.S.C.A. # _____

U.S.D.C. # 08-cv-0341

JUDGE: KMW

DATE: MAR. 17, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 17th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00341-KMW
### Internal Use Only

Demirok et al v. United States of America
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Fed. Question

Date Filed: 01/15/2008
Date Terminated: 01/15/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Osman Demirok.(laq) (Entered: 01/18/2008) |
| 01/15/2008 | 2 | COMPLAINT against United States of America. Document filed by Osman Demirok.(laq) (Entered: 01/18/2008) |
| 01/15/2008 |  | Magistrate Judge Frank Maas is so designated. (laq) (Entered: 01/18/2008) |
| 01/15/2008 | 3 | ORDER OF DISMISSAL,Plaintiff's request to proceed in forma pauperis is granted, however, for the following reasons, plaintiff's action is dismissed without prejudice.Accordingly, plaintiff;s action dismissed without prejudice as plaintiff's claims "lack an arguable basis either in law or in fact.". The court certifies pursuant 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/15/08) (laq) (Entered: 01/18/2008) |
| 01/15/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/15/08) (laq) (Entered: 01/18/2008) |
| 03/12/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Osman Demirok. (tp) (Entered: 03/17/2008) |
| 03/12/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Osman Demirok. $455.00 APPEAL FEE DUE. IFP REVOKED 1/15/08. (tp) (Entered: 03/17/2008) |
| 03/17/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 03/17/2008) |
| 03/17/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 03/17/2008) |